IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-rj-00021-NONE-KLM

STUDENT LOAN MARKETING ASSOCIATION,

    Plaintiff,

v.

RUTH A. NELSON,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Interested Party United States' **Motion to Amend Caption** [Docket No. 4; Filed July 12, 2010] (the "Motion"). The United States intends to enforce a March 2003 state court judgment obtained by Plaintiff against Defendant which was assigned to the United States in June 2003 [Docket Nos. 4-1 & 4-2]. Pursuant to the Motion, the United States seeks to be substituted as the Plaintiff to "reflect the fact that it is now the United States, not Student Loan Marketing Association, that holds the judgment and is entitled to [exclusively] enforce it." *Motion* [#4] at 2.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Pursuant to Fed. R. Civ. P. 25(c), the United States shall be substituted as the Plaintiff on all future pleadings in this matter.

Dated: July 14, 2010